Bruno V. BITKER, Individual Trustee, Appellant, v. HOTEL DULUTH CO. et al.

No. 10812.

Circuit Court of Appeals, Eighth Circuit.

Feb. 9, 1937.

B. F. Saltzstein, of Milwaukee, Wis., for appellant.

A. C. Gillette and Donald D. Harries, both of Duluth, Minn., for appellees.

PER CURIAM.

Appeal dismissed without costs to either party in this court, per stipulation of parties.

Bruno V. BITKER, Individual Trustee, Appellant, v. HOTEL DULUTH CO. et al.

No. 10813.

Circuit Court of Appeals, Eighth Circuit.

Feb. 9, 1937.

B. F. Saltzstein, of Milwaukee, Wis., for appellant.

A. C. Gillette and Donald D. Harries, both of Duluth, Minn., for appellees.

PER CURIAM.

Appeal dismissed without costs to either party in this court per stipulation of parties.

BITUTECT, Inc., et al., Appellants, v. The PATENT & LICENSING CORPORATION, Appellee.

No. 8529.

Circuit Court of Appeals, Ninth Circuit.

May 3, 1937.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of appellee, ordered appeal herein dismissed for failure of appellants to file record and docket cause, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

In the Matter of Aaron Julius BLEVINS, Debtor.

Aaron Julius BLEVINS, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Lien Creditor, Appellee.

No. 7602.

Circuit Court of Appeals, Sixth Circuit.

May 11, 1937.

W. J. Carter, of Johnson City, Tenn., for appellant.

Williams &. Winston, of Johnson City, Tenn., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The decree in this cause is reversed upon the authority of Robert Page Wright, Bankrupt, v. Vinton Branch of Mountain Trust Bank of Roanoke, Va., et al., 300 U. S. ——, 57 S.Ct. 556, 81 L.Ed. ——, decided by the Supreme Court March 29, 1937, and the case is remanded to the District Court for further proceedings not inconsistent herewith.

Hector BOUSSON, Appellant, v. The UNITED STATES, Appellee.

No. 7458.

Circuit Court of Appeals, Sixth Circuit.

April 13, 1937.